FILED IN CLERKS OFFICE
SEP 16 '26 PM2:52 USDC MA

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA GUZMAN,<br><br>Defendant | Criminal No.<br><br>Violations:<br><br>Count One: Robbery of Money and Property of the United States; Aiding and Abetting (18 U.S.C. §§ 2114(a) and 2)<br><br>Count Two: Assault of a Person Assisting Federal Officers; Aiding and Abetting (18 U.S.C. §§ 111(a)(1) and (b), and (2))<br><br>Firearm Forfeiture Allegation: (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)) |

## INFORMATION

### COUNT ONE
Robbery of Money and Property of the United States; Aiding and Abetting
(18 U.S.C. §§ 2114(a) and 2)

The United States Attorney charges:

On or about February 25, 2026, in Worcester, in the District of Massachusetts, and elsewhere, the defendant,

JOSHUA GUZMAN,

robbed a person having lawful charge, control, and custody of money and other property of the United States, namely, approximately $1,600 in United States currency and a 9-millimeter pistol, and in effecting such robbery, did put the life of said person in jeopardy by the use of a dangerous weapon to wit, a pistol.

All in violation of Title 18, United States Code, Sections 2114(a) and 2.

COUNT TWO
Assault of a Person Assisting Federal Officers; Aiding and Abetting
(18 U.S.C. §§ 111(a)(1) and (b), and (2))

The United States Attorney further charges:

On or about February 25, 2026, in Worcester, in the District of Massachusetts, and elsewhere, the defendant,

JOSHUA GUZMAN,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: a Confidential Informant who was at the time a person assisting officers and employees of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and who was engaged in official duties. JOSHUA GUZMAN did further commit the offense described herein by use of a deadly and dangerous weapon, to wit a pistol, and did inflict bodily injury and did so with the intent to commit another felony. Accordingly, Title 18, United States Code, Section 111(b) applies to this count.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b) and 2.

FIRearm FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 18 U.S.C. §§ 2114(a) and 2 and/or 18 U.S.C. §§ 111(a)(1) and (b), and (2), set forth in Counts One and Two, respectively, the defendant,

JOSHUA GUZMAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

LEAH B. FOLEY
UNITED STATES ATTORNEY

____________________________________
ZACHARY B. STENDIG
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September 16th, 2026